# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; et al.,<br><br>    Plaintiffs<br> vs.<br><br>HANDLE CONSTRUCTION COMPANY, an Alaska business,,<br><br>    Defendant. | 3:10-mc-029-RRB-JDR<br><br>**ORDER REGARDING MOTION FOR JUDGMENT DEBTOR EXAMINATION AND ORDER RESTRAINING DISPOSITION OF ASSETS**<br><br>(Docket Nos. 9 and 12) |

    This matter having come before the Court on Plaintiff's Motion for Judgment Debtor Examination and Restraining Order, and the Court being fully apprised of the circumstances:

    IT IS HEREBY ORDERED THAT the **Judgment Debtor Examination** of Defendant and Judgment Debtor Handle Construction Company is scheduled for the **14th day of March 2011, at 1:30 PM**, Courtroom 6, at the United States District Court, 222 W 7th Ave, Anchorage, Alaska 99513; and that Marc Marlow is the corporate representative who is required to attend and give testimony in said proceedings;

IT IS FURTHER ORDERED THAT Handle Construction Company shall bring to the Judgment Debtor Examination true and correct copies of:

1. Corporate federal income tax returns and attachments thereto for the last two years.

2. All financial statements submitted for any loans in the last two years.

3. All title documents for any real property, automobiles, planes, boats, snow machines, trailers, motor homes, or any other personal property.

IT IS FURTHER ORDERED THAT Handle Construction Company, its assigns and successors in interest and employees, agents, and representatives of said Judgment Debtor, be, and they hereby are, restrained from selling, transferring, encumbering, leasing, gifting or in any manner disposing of any property of said Judgment Debtor liable to execution pending further order of the Court

DATED this 11th day of February, 2011, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge